UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Sharon Hurd-Pride, et al        ,

Plaintiff(s),

v.

PROSPER FUNDING, LLC, e   ,

Defendant(s).

Case No. 25-cv-10846-TSH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Andre R. Belanger_____, an active member in good standing of the bar of Louisiana_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs_____ in the above-entitled action. My local co-counsel in this case is John Christian Bohren_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 295292_____.

32 Ann Street, Charleston, SC 29403
MY ADDRESS OF RECORD

803-222-2222
MY TELEPHONE # OF RECORD

Andre.belanger@poulinwilley.com
MY EMAIL ADDRESS OF RECORD

PO Box 12174, San Diego, CA 92112
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

619-433-2803
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

yanni@bohrenlaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 26797_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 6_____ times in the 12 months preceding this application.

1      I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: _01/12/2026_____              Andre R. Belanger_____

5      APPLICANT

6

7

8      ORDER GRANTING APPLICATION

9      FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11      IT IS HEREBY ORDERED THAT the application of _Andre R. Belanger_____ is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _January 12, 2026_____

16

17  _____

18      UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California